IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DIANA JEAN FORNERA,**

    **Plaintiff,**

**v.**                                                                               **No. 16-cv-0142 SMV**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security Administration,**

    **Defendant.**

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

THIS MATTER is before the Court on Plaintiff's Amended Application to Proceed in District Court without Prepaying Fees or Costs [Doc. 5] filed on March 7, 2016.  The Court, being fully advised in the premises FINDS that the Amended Application is well-taken and should be GRANTED.

**IT THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Amended Application to Proceed in District Court without Prepaying Fees or Costs [Doc. 5] is **GRANTED**.  Plaintiff may proceed in this action in accordance with 28 U.S.C. § 1915, without payment of a filing fee, costs, or security therefor.  Plaintiff's original application [Doc. 2] is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the United States Marshal Service serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

    **IT IS SO ORDERED.**

                                                                                _____
                                                                                 **STEPHAN M. VIDMAR**
                                                                                 **United States Magistrate Judge**