IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DIANA JEAN FORNERA,

    Plaintiff,

    vs.                                CIV. NO. 16-142-SMV

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

    Defendant.

## ORDER GRANTING MOTION TO REVERSE AND REMAND FOR FURTHER ADMINISTRATIVE PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. § 405(G)

This matter is before the Court on Defendant's Unopposed Motion to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four (Doc. 25).  The Motion is **GRANTED**.

This social security appeal is remanded to the agency for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

IT IS SO ORDERED, this 30th day of November, 2016.

                                                                  _____
                                                                  STEPHAN M. VIDMAR
                                                                  United States Magistrate Judge

*Submitted by*:
THOMAS H. KRAUS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
(303) 844-0017
tom.kraus@ssa.gov

*Electronically approved on 11/29/2016*
FRANCESCA J. MACDOWELL
MacDowell Law P.C.
Attorney for Plaintiff
PO Box 328
Placitas, NM 87043
(505) 404-8859
macdowelllaw@gmail.com