IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DIANA JEAN FORNERA,**

    **Plaintiff,**

  vs.                                    CIV. NO. 16-142-SMV

**CAROLYN W. COLVIN,**
**Acting Commissioner of**
**Social Security,**

    **Defendant.**

## ORDER

The Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act, filed January 3, 2017 (Doc. 28), is **GRANTED**. In consideration thereof, if is **ORDERED** that Defendant pay to Plaintiff reasonable attorney fees in the amount of $4,625.00.

Dated:  <u>January 4</u> , 2017.

                                                                                      STEPHAN M. VIDMAR
                                                                                      United States Magistrate Judge

| *Submitted by:* | *Electronically approved on 1/4/2017* |
|---|---|
| THOMAS H. KRAUS | FRANCESCA J. MACDOWELL |
| Special Assistant United States Attorney | MacDowell Law P.C. |
| Office of the General Counsel | Attorney for Plaintiff |
| Social Security Administration | PO Box 328 |
| 1961 Stout Street, Suite 4169 | Placitas, NM 87043 |
| Denver, CO 80294-4003 | (505) 404-8859 |
| (303) 844-0017 | macdowelllaw@gmail.com |
| tom.kraus@ssa.gov | |